# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

SAMUEL RICARDO JOHNSON

CIVIL ACTION NO. 23-0480

SECTION P

VS.

JUDGE DONALD E. WALTER

E. DUSTIN BICKHAM

MAG. JUDGE KAYLA D. MCCLUSKY


## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that Petitioner Samuel Ricardo Johnson's Petition for Writ of Habeas Corpus, [doc. # 1], is **DENIED and DISMISSED WITH PREJUDICE** as time-barred under 28 U.S.C. § 2244(d).

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 8th day of November, 2023.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE